Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Erica J. Kelly, Bar No. 12238
erica.kelly@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Mandalay Corp., MGM Resorts International*
*and Mandalay Resort Group*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA L. ROBELLO,<br><br>          Plaintiff,<br><br>     v.<br><br>MANDALAY CORP. dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; MANDALAY RESORT GROUP dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; MGM RESORTS INTERNATIONAL dba MANDALAY BAY RESORT & CASINO, a Delaware Corporation; JESSE ESTRADA, an individual,<br><br>          Defendants. | Case No.: 2:14-cv-00456-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS MGM RESORTS INTERNATIONAL AND MANDALAY RESORT GROUP WITHOUT PREJUDICE AND CORRECT CAPTION** |

Defendants MANDALAY CORP. dba MANDALAY BAY RESORT & CASINO ("Mandalay Corp."), MGM RESORTS INTERNATIONAL ("MGM Resorts") and MANDALAY RESORT GROUP ("MRG") and Plaintiff DEBRA L. ROBELLO hereby stipulate as follows:

1. That Defendants MGM Resorts and MRG be dismissed from this action without prejudice;

2. That the caption be revised to reflect the entities identified as "MANDALAY RESORT GROUP dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation" and "MGM RESORTS INTERNATIONAL dba MANDALAY BAY RESORT & CASINO, a Delaware Corporation" shall be stricken from the caption; and

3. Defendants MGM Resorts and MRG's Motion to Dismiss Plaintiff's Complaint with Prejudice (Dkt. #7) is deemed moot by virtue of the forgoing stipulation to dismiss.

This stipulation is submitted and based upon the following:

1. Defendant Mandalay Corp. dba Mandalay Bay Resort & Casino was Plaintiff's employer and is the proper Defendant in this action. As such, there is good cause for dismissing MGM Resorts and MRG from this action; and

2. That this request is made in good faith and not for the purpose of delay.

Respectfully submitted this 25th day of April, 2014.

| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS P.C. |
|---|---|
| /s/ Michael P. Balaban | /s/ Erica J. Kelly |
| Michael P. Balaban, Bar #9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141 | Elayna J. Youchah, Bar No. 5837<br>Erica J. Kelly, Bar No. 12238<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Mandalay Corp., MGM Resorts International and Mandalay Resort Group* |

**ORDER**

IT IS SO ORDERED _____, 2014.

_____
U.S. District Court Magistrate/Judge