Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzalaw.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@semenzalaw.com
LAWRENCE J. SEMENZA, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669

*Attorneys for Defendant Jesse Estrada*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| DEBRA L. ROBELLO,<br><br>               Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; JESSE ESTRADA, an individual,<br><br>               Defendants. | Case No.:  2:14-cv-00456-APG-VCF<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)** |
|---|---|

   Plaintiff Debra L. Robello ("Robello"), Defendant Mandalay Corp. dba Mandalay Bay Resort & Casino ("Mandalay") and Defendant Jesse Estrada ("Estrada") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to stay this case in its entirety until the conclusion of criminal proceedings currently pending against Estrada (Clark County Justice Court Criminal Case No. 14F09273X) that directly relate to the allegations contained in Robello's Complaint in this case.

   The Parties hereby stipulate to the following:

   1. The Parties hereby agree to stay this case in its entirety until the conclusion of criminal proceedings currently pending against Estrada (Clark County Justice Court Criminal Case No. 14F09273X) that directly relate to the allegations contained in Robello's Complaint in this case.  The Parties, however, reserve their right to file an appropriate motion with the Court

1

seeking to lift the stay if at any time they deem it appropriate, with the remaining Parties to the litigation reserving their right to oppose the motion.

2. The Parties hereby request that the Court schedule a status check every six (6) months so that the Parties can inform the Court of the status of the criminal proceedings against Estrada.

3. At the conclusion of the stay, the Parties shall have an additional 120 days to complete discovery, with any further requests for an extension of the discovery deadline to be made no later than 21 days prior to the deadline. The deadline for filing motions to amend the pleadings or to add parties shall be 90 days before the discovery cut-off as provided for in LR 26-1(e)(2). The date for disclosing expert witnesses shall be no later than 60 days before the close of discovery as provided for in LR 26-1(e)(3). The date for disclosing rebuttal expert witnesses shall be no later than 30 days after expert disclosures. The date for filing the Interim Status Report shall be no later than 60 days before the discovery cut-off date as provided for in LR 26-3. The date for dispositive motions shall be no later than 30 days after the discovery cut-off date as provided for in LR 26-1(e)(4). As provided for in rule LR 26-1(e)(5), if no dispositive motions are filed, the Joint Pretrial Order shall be filed no later than 30 days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision of the dispositive motions or further order of the Court.

DATED: 09/22/14                    LAW OFFICES OF MICHAEL P. BALABAN

BY: /s/ Michael P. Balaban
Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorneys for Plaintiff Debra L. Robello*

2

DATED: 09/22/14                     JACKSON LEWIS P.C.

                                    BY: /s/ Erica J. Kelly
                                    Deverie J. Christensen
                                    Erica J. Kelly
                                    3800 Howard Hughes Parkway, Suite 600
                                    Las Vegas, NV 89169
                                    *Attorneys for Defendant Mandalay Corp. dba Mandalay Bay Resort & Casino*

DATED: 09/22/14                     LAWRENCE J. SEMENZA, III, P.C.

                                    BY: /s/ Lawrence J. Semenza, III
                                    Lawrence J. Semenza, III
                                    10161 Park Run Drive, Suite 150
                                    Las Vegas, NV 89145
                                    *Attorneys for Defendant Jesse Estrada*

**IT IS SO ORDERED.**

Dated this ____ day of September, 2014.

                                                        _____
                                                        Honorable Andrew P. Gordon
                                                        United States District Court Judge

3