Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA L. ROBELLO, | CASE NO. 2:14-cv-00456-APG-VCF |
| | NOTICE OF RELATED CASES [LR 7-2.1] |
| Plaintiff, | |
| vs. | |
| MANDALAY CORP. dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; JESSE ESTRADA, an individual, | |
| Defendants. | |

Pursuant to LR 7-2.1, Plaintiff DEBRA L. ROBELLO ("Plaintiff" or "Robello"), by and through her counsel Michael P. Balaban, Esq., gives notice of a related action filed in this Court on December 17, 2014, titled DEBRA L. ROBELLO v. BARTENDERS UNION, LOCAL 165, CASE NO. 2:14-cv-02144-JCM-CWH.

These cases arise out of the same set of facts wherein Robello alleges that she was sexually harassed/assaulted by co-worker and Defendant JESSE ESTRADA ("Estrada") on September 30, 2013.  Thereafter Estrada was terminated by Defendant MANDALAY CORP. dba MANDALAY

1

BAY RESORT & CASINO ("Mandalay Bay") on October 8, 2013 after Mandalay investigated Estrada's alleged conduct, but Estrada was then reinstated to his position on November 2, 2013 after he filed a grievance with Defendant BARTENDERS UNION, LOCAL 165 ("Bartenders Union").

Thus because both actions involve the same parties, are based on the same or similar claims and involve similar questions of law and fact, and therefore the cases assignment to the same district judge and magistrate judge would effect a substantial savings of judicial effort making the assignment of the cases to a single district judge and magistrate judge desirable.

DATED: 2/3/2015                            LAW OFFICES OF MICHAEL P. BALABAN

BY: /s/ Michael P. Balaban
Michael P. Balaban
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141

### CERTIFICATE OF SERVICE

I hereby certify that pursuant to FRCP Rule 5(b)(3), and this Court's Special Order #109, a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following persons:

Elayna J. Youchah, Esq.
*Attorney for Defendant Mandalay Bay*

Lawrence J. Semenza, III, Esq.
*Attorney for Defendant Estrada*

DATED: 2/3/2015              /s/ Michael P. Balaban
Michael P. Balaban