# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEBRA L. ROBELLO, | |
| Plaintiff, | 2:14-cv-00456-APG-VCF |
| vs. | **ORDER** |
| BARTENDERS UNION, LOCAL 165, | |
| Defendant. | |

Before the court is Defendant Bartenders Union Local 165's Unopposed Motion for Telephonic Appearance (#20).

Defendant has given sufficient reason to grant the motion for telephonic appearance.

Accordingly,

IT IS HEREBY ORDERED that the Defendant Bartenders Union Local 165's Unopposed Motion for Telephonic Appearance (#20) is GRANTED. Kristin L. Martin, Esq. may appear telephonically at the status conference scheduled for 10:00 a.m., March 27, 2015. Ms. Martin is instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 6th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE