Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Mandalay Corp. dba Mandalay Bay Resort & Casino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA L. ROBELLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANDALAY CORP. dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; JESSE ESTRADA, an individual,<br><br>　　　　Defendants. | Case No.: 2:14-cv-00456-APG-VCF<br><br>**REQUEST FOR LEAVE TO WITHDRAW ATTORNEY ERICA J. KELLY** |

Defendant Mandalay Corp dba Mandalay Bay Resort & Casino, by and through its counsel Jackson Lewis P.C., hereby requests leave of Court to remove attorney Erica J. Kelly as counsel of record from the above captioned case and the Court's docket. Ms. Kelly is no longer an employee of Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Deverie J. Christensen will remain lead counsel of record for Defendant.

　　　Dated: March 6, 2015.

　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.

　　　　　　　　　　　　　　　　*/s/ Deverie J. Christensen, Esq.*
　　　　　　　　　　　　　　　　Deverie J. Christensen, Bar # 6596
　　　　　　　　　　　　　　　　3800 Howard Hughes Parkway, Ste. 600
　　　　　　　　　　　　　　　　Las Vegas, Nevada 89169
　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　*Mandalay Corp. dba Mandalay Bay Resort & Casino*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___March 9, 2015___

JACKSON LEWIS P.C.
LAS VEGAS