Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant Jesse Estrada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| DEBRA L. ROBELLO, | Case No.: 2:14-cv-00456-APG-VCF |
|---|---|
| Plaintiff, | |
| vs. | |
| MANDALAY CORP. dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; MANDALAY RESORT GROUP dba MANDALAY BAY RESORT & CASINO, a Nevada Corporation; MGM RESORTS INTERNATIONAL dba MANDALAY BAY RESORT & CASINO, a Delaware Corporation; JESSE ESTRADA, an individual, | **NOTICE OF CHANGE OF FIRM NAME** |
| Defendants. | |

PLEASE TAKE NOTICE that the law firm of Lawrence J. Semenza, III. P.C. has changed its name to **Semenza Kircher Rickard**.

The firm address, telephone number and facsimile number will remain the same. The e-mail addresses for the attorneys in the firm have changed as follows:

Lawrence J. Semenza, III – ljs@skrlawyers.com

Christopher D. Kircher – cdk@skrlawyers.com

Jarrod K. Rickard – jlr@skrlawyers.com

///

1

Please correct your service list accordingly.

Dated this 24th day of February, 2017.

                                                     SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Jesse Estrada*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Semenza Kircher Rickard and that on this 24th day of February, 2017, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM NAME** with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record in this matter which are listed below:

LAW OFFICES OF MICHAEL P. BALABAN
Michael P. Balaban, Esq., mbalaban@balaban-law.com
*Attorney for Plaintiff*

JACKSON LEWIS P.C.
Elayna J. Youchah, Esq., youchahe@jacksonlewis.com
Erica J. Kelly, Esq., erica.kelly@jacksonlewis.com
*Attorney for Defendant Mandalay Corp.*
*dba Mandalay Bay Resort & Casino*

MCCRACKEN, STEMERMAN & HOLSBERRY
Kristin L. Martin, Esq., klm@dcbsf.com,
Sarah Grossman-Swenson, Esq., sgs@dcbsf.com
Kim Weber, Esq., kweber@dcbsf.com
*Attorney for Defendant Bartenders Union, Local 165*

/s/ Olivia A. Kelly
An Employee of Semenza Kircher Rickard

3