**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DEBRA ROBELLO,<br><br>      Plaintiff,<br><br>      v.<br><br>MANDALAY CORP., et al.,<br><br>      Defendants. | Case No. 2:14-cv-00456-APG-VCF<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT** |

On March 14, 2017, I granted summary judgment in favor of defendants Mandalay Bay Corp. and Bartenders Union Local 165. ECF No. 52. I granted in part and denied in part defendant Jesse Estrada's motion for summary judgment. *Id.* I granted the motion as to Robello's assault claim, but denied it as to Robello's claims for battery and intentional infliction of emotional distress. *Id.*

The parties recently stipulated to the dismissal with prejudice of all of Robello's claims against Estrada. ECF No. 66. In light of that stipulation, there are no pending claims in this case, so I direct the clerk of court to enter judgment and close this case.

IT IS THEREFORE ORDERED that the clerk of court shall enter judgment in favor of defendants Mandalay Corp. and Bartenders Union Local 165 and against plaintiff Debra Robello. Plaintiff Debra Robello's claims against Jesse Estrada were dismissed with prejudice by stipulation of the parties, with neither party to be considered a prevailing party. The clerk of court is instructed to close this case.

DATED this 14th day of August, 2017.

                                                              ANDREW P. GORDON
                                                              UNITED STATES DISTRICT JUDGE